**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alphonzo WILSON, Defendant—Appellant.**

No. 08–6021.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Alphonzo Wilson, Appellant Pro Se. Felice McConnell Corpening, Office of the United States Attorney, Raleigh, North Carolina, Joshua B. Royster, United States Department of Justice, Raleigh, North Carolina, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonzo Wilson appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wilson,* No. 4:99–cr–00033–H (E.D.N.C. Oct. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*